Filing # 124882389 E-Filed 04/14/2021 10:02:22 AM

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT IN AND FOR SEMINOLE COUNTY, FLORIDA

CHARLENE D. BURGESS

    Plaintiff,

vs.

TARGET CORPORATION,

    Defendant.
_____/

CASE NO.:

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, CHARLENE D. BURGESS, hereby sues Defendant, TARGET CORPORATION, and alleges:

### JURISDICTION STATEMENT AND IDENTIFICATION OF PARTIES

1. This is an action for damages that exceed Thirty Thousand Dollars ($30,000) and exclusive of interest, costs and attorneys' fees.

2. Plaintiff is a natural person residing in Altamonte Springs, Seminole County, Florida.

3. At all time material to this action, TARGET CORPORATION, was a foreign profit corporation licensed to do business in the State of Florida.

4. At all times material hereto, Defendant was in possession of that certain business located at 4410 S US Hwy 17 92, Casselberry, Florida 32707 (the "Premises"), said busines being that of a general merchandise retailer, open to the general public, including the Plaintiff herein.

**Exhibit 1**

## COUNT I
## NEGLIGENCE AGAINST TARGET CORPORATION

5. Plaintiff, CHARLENE D. BURGESS, re-alleges and incorporates paragraph 1-4 as if fully set forth herein.

6. On or about July 22, 2017, Plaintiff visited Defendant's premises located at the above address.

7. At said time and place, Plaintiff was a business invitee and as such, Defendant owed Plaintiff a duty to exercise reasonable care for her safety.

8. At said time and place, Defendant breached its duty owed to Plaintiff by committing one or more of the following omissions or commissions:

   a) Negligently failing to maintain or adequately maintain its Premises by allowing water to remain on the floor, thus creating a hazard to members of the public utilizing said Premises, including the Plaintiff;

   b) Negligently failing to inspect or adequately inspect its Premises to ascertain whether there were any liquids on the floor, thus creating a hazard to patrons inside the Premises, including the Plaintiff;

   c) Negligently failing to adequately warn the Plaintiff of the existence of water on the floor, when Defendant knew or through the exercise of reasonable care should have known that the water on the floor was unreasonably dangerous and that Plaintiff was unaware of same;

   d) Negligently failing to correct or adequately correct said dangerous condition, when the dangerous condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

9. As a direct and proximate result of the negligence of Defendant, Plaintiff slipped on water at the main isle of the premises and fell, sustaining bodily injury in and about her body and extremities, which resulted in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization,

medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, CHARLENE D. BURGESS sues the Defendant, TARGET CORPORATION, for damages and demands judgment in excess of Thirty Thousand Dollars ($30,000), plus interest and costs, and demands trial by jury of all issues so triable.

## COUNT II
## NEGLIGENT MODE OF OPERATION AGAINST TARGET CORPORATION

10. Plaintiff, CHARLENE D. BURGESS, re-alleges and incorporates paragraph 1-4 as if fully set forth herein.

11. On or about July 22, 2017, Plaintiff visited Defendant's premises located at the above address.

12. At said time and place, Plaintiff was a business invitee and as such, Defendant owed Plaintiff a duty to exercise reasonable care for her safety.

13. At said time and place, Defendant breached its duty owed to Plaintiff by continuously failing to keep the premises floors free of fall hazards, thus creating an unreasonably safe condition for Plaintiff.

14. As a direct and proximate result of the negligence of Defendant, Plaintiff slipped on water at the main isle of the premises and fell, sustaining bodily injury in and about her body and extremities, which resulted in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn

money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, CHARLENE D. BURGESS sues the Defendant, TARGET CORPORATION, for damages and demands judgment in excess of Thirty Thousand Dollars ($30,000), plus interest and costs, and demands trial by jury of all issues so triable.

**RESPECTFULLY** submitted this 14th day of April, 2021.

> /s/ **Amal Laassel**
> Amal Laassel, Esquire
> Florida Bar No.: 0049885
> AMAL LAASSEL, P.A.
> 1650 Sand Lake Road, Suite 114-A
> Orlando, FL 32809
> Telephone: (407) 792-3953
> Facsimile: (407) 792-4418
> Primary email: amal@laassellaw.com
> Secondary email: rrosas@laassellaw.com
> Tertiary email: eservice@laassellaw.com